STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

  -against-

Salvador A. Reyes,

                Defendant.

---

7:19-MJ-7649(MRG)

**JUDGMENT**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on September 29, 2019 accepted the defendant's plea of guilty to § 401 of the V.T.L., unregistered vehicle in full satisfaction of the Misdemeanor Complaint filed on August 16, 2019, it is,

ORDERED, ADJUDGED AND DECREED: The Court sentenced the Defendant, Salvador A. Reyes to pay a fine in the amount of $50.00 to be paid to the Clerk of Court in White Plains by September 25, 2019 or appear September 26, 2019 to show cause why the fine has not been paid.

Dated: Sept 7, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge